UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | Dates of Arrest: August 7, 2017 |
| Vs. | Magistrate's Case No. 17-1595MJ |
| Juan Correa-Sanchez,<br>YOB: 1990<br>Lawful Permanent Resident<br>Defendant<br><br>Danillu Hernandez<br>YOB: 1988<br>United States Citizen<br><br>Defendants. | COMPLAINT FOR VIOLATION OF<br>Title 8, United States Code,<br>Section 1324 (a)(1)(A)(iii)(v)(I)<br>Conspiracy to Harbor Illegal<br>Aliens (Felony)<br>Count One |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about August 7, 2017, within the District of Arizona, Defendant Juan Correa-Sanchez and Danillu Hernandez in reckless disregard of the fact that a certain alien/s; namely, Salud Ayala-Lopez, Gumaro Roberto Garrido-Sampayo, Salomon Linares-Perez, Rosendo Orozco-Perez, and Nibardo Villacicencio-Obeso had come to, entered, and remained in the United States, in violation of law, did knowingly and intentionally combine, confederate, conspire and agree with each other to harbor and shield from detection, and attempt to conceal, harbor, and shield from

detection in a building namely a an apartment located at 1600 W. 12th Street number 711 in Yuma, AZ 85364 in furtherance of such violation of law of Title 8, U.S.C., section 1324(a)(1)(A)(iii)(v)(I)(Felony).

Reviewed by: AUSA John Ballos

---

Steven Day
United States Border Patrol Agent

Sworn to before me and subscribed in my presence, August 8 2017 at Yuma, Arizona.

---

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

VS.

Juan CORREA-Sanchez

Danillu HERNANDEZ

**STATEMENT OF FACTS**

I, Steven Day, being duly sworn, do state the following:

The complainant states that this complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) T. Rutkowski that on August 7, 2017, Juan CORREA-Sanchez and Danillu HERNANDEZ, were arrested for conspiracy to harbor five illegal aliens in violation of Title 8, United States Code, Section 1324.

On August 7, 2017 at approximately 0300 hours, Border Patrol Agents (BPAs) were conducting assigned enforcement duties near the Imperial Sand Dunes in an unmarked Border Patrol Vehicle in plain clothes. BPAs were alerted via Border Patrol service radio that the Remote Video Surveillance System (RVSS) operators observed five subjects make an illegal entry into the United States from Mexico by climbing over the fence which serves as the international boundary between the United States and Mexico. The subjects continued northbound towards a sport utility vehicle (SUV) that was pulled over on the shoulder of Interstate 8 in the eastbound lanes. Once all five subjects reached the SUV and entered the parked SUV, it began to drive eastbound on Interstate 8

BPAs followed the SUV to Yuma, Arizona until it turned and parked on 12th Street and 14th Avenue in front of the Rio Santa Fe Apartments. BPAs pulled in front of the vehicle and began to approach the SUV. BPAs noticed the driver, identified as Danillu HERNANDEZ, using her cell phone. BPAs also noticed a second subject, identified as CORREA-Sanchez, Juan, also using his cell phone at the same time while he was outside of apartment 711. CORREA appeared to be looking at the SUV while he and HERNANDEZ were on their cell phones. Once CORREA saw BPAs approaching the SUV he left the area.

BPAs approached the vehicle and asked the driver (HERNANDEZ) to exit the vehicle. HERNANDEZ was questioned as to her citizenship and it was determined she was a United States Citizen. BPAs observed the five subjects attempting to conceal themselves in the rear of the vehicle as well as in the second row of seats behind the driver. All of the individuals were questioned as to their citizenship and all of them freely admitted to being citizens and nationals of Mexico.

The driver of the vehicle was identified as HERNANDEZ, Danillu. HERNANDEZ was questioned as to her citizenship. HERNANDEZ stated that she was a United States citizen. At this time, HERNANDEZ was advised that she was under arrest for alien smuggling. HERNANDEZ and the illegal aliens were all transported to the Yuma, Arizona Border Patrol Station for further processing. Upon conducting an inventory search of the vehicle BPA's discovered a piece of paper with the address 1600 W. 12th Street apartment #0711, Yuma, Arizona 85364. HERNANDEZ told agents once at the Yuma, Arizona Border Patrol Station that the address was where she was instructed to bring the illegal aliens.

BPAs ran record checks on the 1600 W 12th Street, Apartment 711, Yuma, Arizona 85364.  Those checks revealed that the individual registered to that address was Juan CORREA-Sanchez and obtained a photo of him.  BPAs were able to positively identify CORREA via photograph as the individual that was standing outside communicating on a phone at the time HERNANDEZ was taken into custody.

At this time, BPAs went back to the address at 1600 W. 12 Street Apt 711 and located CORREA.  BPAs explained to CORREA that he was under arrest for his role in conspiracy to harbor illegal aliens.  CORREA was advised of his Miranda rights on scene. CORREA provided consent to both his cellular phone and a search of his home for additional illegal aliens.  CORREA was then transported to the Yuma, Arizona Border Patrol Station for further processing.

Material Witnesses, OROZCO and AYALA individually stated they were going to pay between $5,000 USD and $7,000 USD each to be

smuggled into the United States. All of the Material Witnesses were presented with a six pack photographic lineup. Material Witness OROZCO and AYALA identified HERNANDEZ as the driver of the SUV.

A video recorded sworn statement was taken from HERNANDEZ on August 7, 2017. HERNANDEZ stated that the reason she was being detained was because of the illegal aliens she was hired to transport in her vehicle. When asked to elaborate more on her answer, HERNANDEZ stated that a person by the name of Sergio CAMACHO contacted her and offered her a job to transport illegal aliens to Yuma, Arizona.

HERNANDEZ stated that she was sentimentally involved with Sergio CAMACHO and that she had met him approximately two months ago. HERNANDEZ stated that CAMACHO lives in Mexicali, Baja California, Mexico and that he does not have any legal documents to visit or remain in the United States.

On August 7, 2017, HERNANDEZ stated that CAMACHO contacted her and asked her if she could pick up five illegal aliens near Interstate 8 and take them to Yuma, Arizona to an address that he had given to her via voice message (the mentioned address was hand written by HERNANDEZ on a piece of paper as 1600 West 12th Street, Apt. #711, in Yuma, Arizona). For her services, she would be paid $3,000.00 USD for the trip if successful.

HERNANDEZ stated that after she picked the five illegal aliens, CAMACHO called her and gave her a phone number for the person who would be waiting for her at the Rio Santa Fe Apartments and to follow that person's instructions. Phone number given was (928) 955-1305.

HERNANDEZ stated that she placed a phone call to the number provided (928-955-1305) upon arriving at the apartments, however no one answered the call and right after the call she was arrested by Border Patrol Agents.

HERNANDEZ was shown six-pack photo lineup B and was able to successfully identify subject # 5 as CAMACHO, Sergio. BPAs

identified CAMACHO, Sergio as the main facilitator of alien smuggling operations in Mexico.

A video recorded sworn statement was taken from CORREA on August 7, 2017. CORREA stated that he knew the reason he was arrested by BPAs was because of his involvement in an alien smuggling event that occurred this morning as he was coordinating with smugglers from Mexico to house illegal aliens at his residence (located at 1600 W. 12th Street, Yuma, Arizona 85364).

CORREA stated that he started receiving phone calls from the coordinator in Mexico at approximately 8:00 pm. CORREA stated that he initially made contact with a long term friend identified as Ignacio (also known as Nacho) whom resides in Ejido Hermosillo, Baja California, Mexico. Ignacio asked Correa if he was interested or willing to house illegal immigrants in the United States for money on a temporary basis until the illegal immigrants could be picked up and moved further into the United States. CORREA stated he told Ignacio he was willing to house illegal immigrants. CORREA stated at that time Ignacio put him into contact with two individuals named Jose Luis CORONA and his brother known only as "Lupe".

CORREA stated he personally met with Jose Luis CORONA and "Lupe" in Ejido Hermosillo, Baja California, Mexico three months ago. The brothers explained to him what his role in smuggling illegal aliens would be and instructed him to have a residence in order to house illegal immigrants inside the United States. CORREA stated that he was offered $50.00 USD per illegal aliens to house them at his residence. CORREA stated at that time he agreed to provide a residence for the illegal immigrants and provided the brothers with his contact information for smuggling events.

CORREA stated Jose Luis CORONA began contacting him regularly asking him if he was willing to house illegal immigrants for money. CORREA stated that "Lupe" contacted him yesterday (August 6, 2017) and asked him if he was willing to work (to house a group of illegal immigrants). CORREA stated "Lupe" contacted him again at approximately 3:00 am on August 7, 2017 stating that five illegal immigrants would be dropped off at his

residence by a female driver who was in route at the time of the phone call.

CORREA stated he then provided "Lupe" with his address located at Rio Santa Fe Apartments and "Lupe" gave the female driver CORREA's contact information. CORREA stated that approximately one hour later he received a phone call from the female driver (HERNANDEZ) of the five illegal immigrants. CORREA stated that after the phone call, he exited his residence to check if the female driver and the illegal aliens were outside near his apartment complex parking lot, since he did not provide the apartment number to smuggling coordinators.

CORREA was shown six-pack photo line-up A in which he failed to positively identify any person.

Based on the foregoing, there is probable cause to believe that CORREA and HERNANDEZ committed the offenses as alleged in the Complaint.

_____
Steven Day
United States Border Patrol Agent

Sworn to before me and subscribed in my presence, August 8, 2017, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge